**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:19cr298-MHT** |
| | ) | **(WO)** |
| **DEGREGORY DEON LEE** | ) | |

**FORFEITURE MONEY JUDGMENT**

This cause comes before the court upon the government's motion for a forfeiture money judgment in the amount of $6,957.00. Being fully advised of the relevant facts, the court hereby finds that defendant DeGregory Deon Lee obtained at least $6,957.00 in proceeds from the offenses of Hobbs Act robbery and brandishing a firearm during a crime of violence, to which he pled guilty. The defendant consented to the entry of this judgment in his plea agreement (doc. no. 45 at 6).

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that, for good cause shown, the government's motion for a forfeiture money judgment (doc. no. 67) is granted.

It is further **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $6,957.00.

It is further **ORDERED** that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property,

and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

    DONE, this the 17th day of April, 2020.

<u>/s/ Myron H. Thompson</u>
UNITED STATES DISTRICT JUDGE
