**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:19cr298-MHT
                            )            (WO)
DEGREGORY DEON LEE          )
```

**ORDER**

Based upon the representations made on the record on August 28, 2020, it is ORDERED that sentencing, currently set to resume on September 9, 2020, is reset to resume <u>in person</u> on October 30, 2020, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The U.S. Marshal is to arrange for the physical presence of defendant DeGregory Deon Lee.

DONE, this the 31st day of August, 2020.

                                             /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**