IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:19cr298-MHT
                            )            (WO)
DEGREGORY DEON LEE          )
```

ORDER

During sentencing on October 30, 2020, the issue of defendant DeGregory Deon Lee's competency to stand trial was discussed, in particular, with the forensic psychologist, Dr. Sarah Vinson.  So that the record is clear, it is ORDERED and DECLARED that the court does not have a bona fide doubt regarding defendant DeGregory Deon Lee's competency to stand trial, *see United States v. Nickels*, 324 F.3d 1250, 1251 (11th Cir. 2003) (citation omitted), and, indeed, the court finds that he is competent to stand trial, that is, that he is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to

assist properly in his defense.

DONE, this the 2nd day of November, 2020.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE